USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 17, 2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CERNER CORPORATION MERGER LITIGATION | Lead Case No.: 1:22-cv-00562 (ALC) |
| This Document Relates to:  ALL ACTIONS | |

### ORDER GRANTING THE MOTION OF MOHIT SAMANT FOR APPOINTMENT AS INTERIM LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF INTERIM LEAD COUNSEL

**ANDREW L. CARTER, JR., United States District Judge:**

Having considered the Plaintiffs' submissions at ECF Nos. 9, 10, 11, 12, and 13, the Court hereby (1) appoints Mohit Samant ("Samant") as Interim Lead Plaintiff; and (2) approves his selection of Monteverde & Associates PC ("Monteverde") as Interim Lead Counsel. The Parties should now follow the briefing schedule as stipulated and approved at ECF No. 14.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.

**SO ORDERED**.

**Dated:  June 17, 2022**
   **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**